IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CRYSTAL HOPE LOWERY**                                                        **PETITIONER**

v.                                    NO. 4:22-cv-00147 BRW

**DEXTER PAYNE**                                                                **RESPONDENT**

## ORDER

I have received findings and a recommendation (Doc. No. 12) from Magistrate Judge Patricia S. Harris. After a careful review of the findings and recommendation, the timely objections received thereto, and a de novo review of the record, I approve and adopt the recommendation in all respects.

The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Crystal Hope Lowery ("Lowery") is dismissed. All requested relief is denied, and judgment will be entered for respondent Dexter Payne. The motion for hearing (Doc. No. 16) is DENIED.

In accordance with Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is also denied because Lowery cannot make a "substantial showing of the denial of a constitutional right." See 28 U.S.C. 2253(c)(2).

IT IS SO ORDERED this 28th day of June 2022.


                                                   Billy Roy Wilson
                                                   UNITED STATES DISTRICT JUDGE