IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CRYSTAL HOPE LOWERY**                                    **PETITIONER**

v.                          NO. 4:22-cv-00147 BRW

**DEXTER PAYNE**                                            **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Dexter Payne.

IT IS SO ORDERED this 28th day of June 2022.


                                            Billy Roy Wilson
                                            UNITED STATES DISTRICT JUDGE